IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **JOAO VIDOTO,** | * | |
| Plaintiff | * | |
| v. | * | Case No.: RWT 07cv1102 |
| **GERALD B. KNIGHT,** *et al.*, | * | |
| Defendants. | * | |

**<u>MEMORANDUM OPINION</u>**

On May 5, 2010, this Court issued an order scheduling this case for a four day trial beginning July 20, 2010. ECF No. 32. The Court explicitly instructed the parties to "file **jointly approved** voir dire questions, jury instructions, and verdict forms" on or before June 29, 2010. *Id.* (emphasis added).

On May 13, 2010, the Defendant requested a continuance. ECF No. 33. The Court accommodated this request and ordered that the trial be rescheduled for November 9, 2010. ECF No. 34. The Court extended the deadline for submission of the pretrial order and jointly approved proposed voir dire questions, jury instructions and verdict forms to October 11, 2010. *Id.*

On September 30, 2010, the Plaintiff moved for a ninety day continuance of the trial and all pretrial deadlines. ECF No. 35. The Court held a telephone status conference on October 5, 2010 to discuss this request. During this status conference, the parties indicated that they would be prepared to proceed with trial on November 9th, and the Court denied Plaintiff's motion for a continuance. ECF No. 37. The Court reiterated to counsel during this conference that they were

required to meet, confer and submit a pretrial order and jointly approved proposed voir dire questions, jury instructions and verdict forms by October 11th.

On October 12, 2010, the parties submitted completely separate sets of proposed voir dire questions, jury instructions and verdict forms, and a "joint" pretrial order that reflected no effort to reach agreement. ECF Nos. 38-44. This is unacceptable to the Court, and contrary to its repeated directives. Because of the disregard of the Court's explicit and repeated instructions to meet, confer and submit joint pretrial materials, the Court will, at a later date, consider whether to impose sanctions on one or both parties or their counsel.

A pretrial conference had previously been scheduled for October 18, 2010, at 4:30 p.m. It will be impossible to conduct a pretrial conference effectively in the absence of the joint undertaking that the parties failed to complete. In lieu of proceeding with the pretrial conference on that date, counsel for the parties are directed to meet on October 18, 2010 at noon in the Lawyer's Conference Room of the Greenbelt Courthouse of the United States District Court for the District of Maryland, or at such other location on that date on which the parties agree. The parties shall confer until they agree on most, if not all, of the proposed voir dire questions, jury instructions and verdict forms to be submitted to the Court. On or before October 26, 2010, the parties shall submit **one document** to the Court containing the jointly approved proposed voir dire questions, jury instructions and verdict forms. If there are any instructions, voir dire questions, or other items on which the parties cannot agree after diligent discussion and meaningful attempt to reach agreement, those items shall be particularly noted in the document submitted to the Court.

The Court shall hold the pretrial conference in chambers on November 2, 2010, at 5:00 p.m. A separate order follows.

October 13, 2010 /s/
Date Roger W. Titus
United States District Judge